IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC BEATY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, et al.,<br><br>　　　　　　Defendants. | 4:21-CV-3038<br><br>ORDER |

　　　This matter is before the Court on defendant Citibank N.A.'s motion to compel arbitration (filing 36). The motion is unopposed. Filing 39. Accordingly,

　　　IT IS ORDERED:

1. Citibank's motion to compel arbitration (filing 36) is granted.

2. The parties are directed to proceed to arbitration in accordance with the terms of the arbitration agreement.

3. Every 90 days from the date of this order, counsel for Citibank shall file a report on the Court's docket which explains the current status of the pending arbitration.

4. The Clerk of the Court is directed to set an initial status report deadline of January 3, 2022.

5. This case is stayed as to Citibank *only*, and shall progress as to all other defendants.

　　　Dated this 5th day of October, 2021.

BY THE COURT:

_____
John M. Gerrard
United States District Judge