IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERIC BEATY,

          Plaintiff,

vs.

TRANS UNION LLC, et al.,

          Defendants.

4:21-CV-3038

ORDER

IT IS ORDERED:

1. The parties' Stipulation of Dismissal (filing 76) is approved.

2. The plaintiff's claims against defendant Experian Information Solutions, Inc. are dismissed with prejudice, each to bear their own costs and attorney's fees.

3. Experian Information Solutions, Inc. is terminated as a party.

4. The dismissal deadline set for June 13, 2022 is terminated.

5. The Clerk of the Court shall close this case for statistical purposes.

Dated this 23rd day of May, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge